AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 23-3085MB | Date and time warrant executed: 3/20/2023 11:22 am | Copy of warrant and inventory left with: USPIS |
| Inventory made in the presence of : POSTAL INSPECTOR GARCIA AND CONTRACTOR MORGAN | | |

Inventory of the property taken and name of any person(s) seized:

USPS PRIORITY MAIL PARCEL TRACKING NO. 9505 5118 0513 3062 6152 79, ADDRESSED TO JOSE PEREZ, 616 SW 54TH ST, OKLAHOMA CITY, OK 73109 WITH A RETURN ADDRESS OF 5546 W. GLEN ROSA, PHOENIX, AZ 85031 CONSISTED OF A BROWN BOX WITH CLEAR TAPE FOUND TO CONTAIN A RED SHIRT, BLUE SHIRT, EMPTY CRACKER BOX, BLACK PLASTIC HARD ROAD TRAVEL KIT CASE, RED FLASHLIGHT, GOLD COSMETIC TRAVEL BAG. INSIDE BLACK PLASTIC HARD ROAD TRAVEL KIT WAS A BEIGE TAPE BUNDLE, CLEAR ZIPLOC BAG AND BLUE PILLS. INSIDE GOLD COSMETIC TRAVEL BAG WERE FOUR BEIGE TAPE BUNDLES, CLEAR ZIPLOC BAGS AND BLUE PILLS. TOTAL WEIGHT ON BLUE PILLS WITH PLASTIC BAG WAS 705.5 GRAMS.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/21/2023

*Miranda Garcia*
Digitally signed by Miranda Garcia
Date: 2023.03.21 14:08:06 -07'00'

*Executing officer's signature*

MIRANDA GARCIA, POSTAL INSPECTOR
*Printed name and title*